Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiffs was sustained.

**No. 65922.**—Sears, Roebuck and Co. *v.* United States, protests 305244–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

**No. 65923.**—Allen Forwarding Company et al. *v.* United States, protests 59/27168, etc. (Philadelphia).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of waste composed of synthetic materials, not *eo nomine* specified in the tariff act, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

**No. 65924.**—Donald L. Baird Company et al. *v.* United States, protests 60/26814, etc. (Philadelphia).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of waste composed of synthetic materials, not *eo nomine* specified in the tariff act, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.